UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH TYLER LITTLEFIELD,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | Case No. C23-5711-TL-SKV<br><br>ORDER RE: MOTION FOR EXTENSION OF TIME |

       Plaintiff, proceeding pro se in this civil rights action, filed a Motion for Time Extension. Dkt. 13. Defendants object to the motion. Dkts. 15-17. The Court, having considered the motion, all documents filed in support and opposition, and the remainder of the record, herein finds and ORDERS as follows:

       (1)    Plaintiff seeks a sixty-day extension of the September 8, 2023 noting date for Defendants' pending Motion for Summary Judgment. *See* Dkts. 10 & 13. Plaintiff explains the basis for this request as his desire to obtain additional evidence to support his opposition to the motion. Defendants deny any additional time is necessary or appropriate to grant. However, with consideration of Plaintiff's pro se status and the dispositive nature of Defendants' motion, the Court finds a brief extension of the noting date appropriate. The Court therefore GRANTS

1 | Plaintiff's Motion for Time Extension, Dkt. 13, and RENOTES Defendants' Motion for
2 | Summary Judgment, Dkt. 10, for consideration on **November 10, 2023**.  Plaintiff shall file any
3 | opposition to the motion on or before **November 6, 2023**, and Defendants shall file any reply on
4 | or before the revised noting date.
5 |     (2)    The Clerk is directed to send copies of this order to the parties and to the
6 | Honorable Tana Lin.
7 |     Dated this 12th day of October, 2023.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE:  MOTION FOR EXTENSION OF
TIME - 2