UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH TYLER LITTLEFIELD,

          Plaintiff,

  v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

          Defendants.

Case No. C23-5711-TL-SKV

ORDER RE: PENDING MOTIONS

      There are several pending motions in this civil rights action, including Defendants' Motion for Extension Re: Pretrial Deadlines, Dkt. 19, and Motion to Compel Discovery, Dkt. 21, and Plaintiff's Motion for Protective Order, Dkt. 23.  In relation to those motions, the Court herein finds and ORDERS as follows:

      (1)    Defendants' unopposed Motion for Extension Re: Pretrial Deadlines, Dkt. 19, is GRANTED.  All discovery shall be completed by **December 22, 2023**, and any dispositive motion shall be filed and served on or before **January 22, 2024**.  All other provisions of the original scheduling order remain in effect.

      (2)    Pursuant to Local Civil Rule 7(d)(7), Plaintiff's Motion for Protective Order, Dkt. 23, is herein RENOTED for consideration on **November 17, 2023**.  Defendants' related Motion

ORDER RE: PENDING MOTIONS - 1

to Compel Discovery, Dkt. 21, is therefore also RENOTED for consideration on **November 17, 2023**.

      (3)    The Clerk is directed to send copies of this order to the parties and to the Honorable Tana Lin.

      Dated this 3rd day of November, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE: PENDING MOTIONS - 2